SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Mr. Galaviz
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GALAVIZ,<br><br>Defendant. | POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS<br><br><br>Case No. 2:20-cr-163 RJS |
|---|---|

    Pedro Galaviz, through counsel, files this position statement under DUCrim 32-1(b) of the local rules. Mr. Galaviz disputes no sentencing factors contained in the presentence report prepared by the United State Probation Office.

    DATED this 21st day of April, 2021.

                                                           */s/ Richard G. Sorenson*_____
                                                           Richard G. Sorenson
                                                           Assistant Federal Public Defender